No. 80–2126.  HUNT *v.* HUNT, EXECUTOR.  C. A. 5th Cir.  Certiorari denied.

No. 80–2129.  HOKE *v.* AKIN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–2130.  SHARPE *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 80–2132.  VERNER ET AL. *v.* BUTCHERS' UNION #127. C. A. 9th Cir.  Certiorari denied.

No. 80–2133.  QUAD C CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–2136.  WEBER *v.* BLACK ET AL.  C. A. 5th Cir. Certiorari denied.

No. 80–2137.  DAVIS & COX ET AL. *v.* SUMMA CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–2140.  GADEK, T/A POOR BILLY'S *v.* TOWNSHIP OF WOODBRIDGE.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 80–2141.  TENNESSEE ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–2142.  PAPPALARDO ET AL. *v.* SHORE ET AL. C. A. 2d Cir.  Certiorari denied.

No. 80–2144.  FRANCOIS *v.* ADMINISTRATOR OF VETERANS AFFAIRS, VETERANS ADMINISTRATION.  C. A. 5th Cir. Certiorari denied.